

# MANDATE

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
**CLERK**



UNITED STATES COURT OF APPEALS
FILED
AUG 1 7 2006
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

Date: 8/17/06

Docket Number: 06-1921-pr
Short Title: Rosario v. U.S.A.
DC Docket Number: 01-cv-6230
DC: SDNY (NEW YORK CITY)
DC Judge: Honorable John Keenan

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 17th day of August, two thousand six.

David Rosario,

Petitioner-Appellant,

v.

United States of America,

Respondent-Appellant.

The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, underline inter alia, either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of January 04, 2006 United States District Court for the Southern District of New York at Foley Square be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

*Connie Mozariega* (cn)

For the Court,
Roseann B. MacKechnie, Clerk

*Connie Mozariega* (cn)

Certified:

AUG 1 7 2006