David Rosario
#39665-054
u.s.p. Coleman 1
p.O. BOX 1033
Coleman, FL 33521

3-18-2016

TO: pro se Clerk

Re: United States v. David Rosario, 96 Cr. 126 (JFK)

The reason For this letter is to ask you How Could I get My Case File Back From My EX-Lawyer?

you see year's ago the Judge Granted a Motion Where IM asking the Judge to ORDer My Lawyer at the Time to turn over the Case File. and he granted. But My Lawyer never did turn it over to Me. She went to Jail and Came Out.

Now I dont Think that she a Lawyer any More. So IM asking how Could I get My Legal documents From her? the Judge ORDer her to So Many ago years ago. I Want to know What I do now?

My Lawyer Was Mis. Lynne F. Stewart, and now that she Out of Jail What do I do to get My Case File Back?

Who do I write to and Where. do I write.

I Would Appreciate any help on this Matter!

Very Truly yours.

Daniel Rosario

PRO Se.