UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            v.<br><br>DAVID ROSARIO,<br><br>                    Defendant. | 96 Cr. 126-23 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On December 8, 2023, the Court received a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), filed *pro se* by David Rosario. (Dkt. #855). In reviewing the motion, the Court finds that Mr. Rosario would benefit from the appointment of counsel pursuant to the Criminal Justice Act ("CJA"). As such, and understanding that she has no conflicts, the Court hereby appoints Ms. Natali Todd as CJA counsel to represent Mr. Rosario in connection with his compassionate release motion.

Ms. Todd is directed to confer with Mr. Rosario regarding his motion as soon as her schedule permits, and to file a supplemental submission on or before **February 16, 2024**. The Government's response shall be due on or before **March 15, 2024**. There shall be no reply brief unless the Court requests one.

2

The Clerk of Court is directed to mail a copy of this endorsement to Mr. Rosario at the following address:

David Rosario, Reg. No. 39665-054
USP Coleman 1
U.S. Penitentiary
P.O. Box 1033
Coleman, FL 33521

SO ORDERED.

Dated:   December 14, 2023
         New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge