LAW OFFICES OF
**NATALI J.H. TODD, P.C.**

**NATALI J.H. TODD**
**MEMBER: NY & MA BAR**

**26 COURT STREET**
**SUITE 413**
**BROOKLYN, NY 11242-1134**

**Tel: 718-797-3055**
**Fax: 718-504-3900**
**E-mail: *natali_todd@yahoo.com***
**www.natalitoddlawyer.com**

December 15, 2023

By ECF
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

*Re: U.S. v. David Rosario, 96 Cr. 126-23 (KPF)*

Dear Judge Failla:

I was appointed on December 14, 2023 as CJA counsel to represent David Rosario in his pro se moto for compassionate release pursuant to 18 U.S.C. §3582(c)(1)(A)(i), and that counsel file a supplemental submission on or before February 16, 2024.

Counsel is respectfully requesting a 30-day adjournment from February 16, 2024 to March 15, 2024 because of counsel's current obligations and scheduled international travel on December 19, 2023 and returning at the end of the year. The requested time will allow counsel a reasonable time and opportunity to investigate and prepare any motions relevant to Mr. Rosario's request for compassionate release. Accordingly, the government's response date should be adjusted to April 12, 2024.

Thank you for your accommodation.

Respectfully,
/s
Natali Todd, Esq.