# **Exhibit A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
************************************
                                    *
UNITED STATES OF AMERICA,           *
                                    *
                                    *
                                    *
                                    *
                                    *
                                    *
                                    *
            V.                      *
                                    *
                                    *
                                    *
DAVID ROSARIO,                      *
                                    *
                                    *
                                    *
            DEFENDANT.              *        96 CR 126
                                    *
************************************


        BEFORE:   HON. JOHN F. KEENAN,
                  District Judge




        DATES:    DECEMBER 18,22,23,29,30,      1997

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

        v.                                    S9 96 Cr. 126 (JFK)

DAVID ROSARIO,

          Defendant.

------------------------------x

                                 December 22, 1997
                                 10:00 a.m.

Before:

                 HON. JOHN F. KEENAN,

                          District Judge

                    APPEARANCES

MARY JO WHITE
     United States Attorney for the
     Southern District of New York
HECTOR GONZALEZ
VERNON BRODERICK
     Assistant United States Attorneys
THOMAS KAPP
     Special Assistant United States Attorney
BILLY RALAT
     New York City Drug Enforcement Task Force

LYNNE F. STEWART
JONATHAN LIBBY
     Attorneys for Defendant

shooting the next time you met with or spoke to him?

A.    He just told me I did it right.

Q.    Where did that conversation take place?

A.    That conversation took place the last time I had spoke to him on the phone, he just told me it was good, I did it good, at Barkim's house.

Q.    Mr. Brown, let's now talk about the last crime you pled guilty to before Judge Keenan.  Did there come a time when you were offered a contract to murder a man who worked in the Bronx in the Westchester Avenue or Hunts Point vicinity?

A.    Yes.

Q.    Who offered you this murder contract?

A.    Chick did.

Q.    Can you tell us when it was that the defendant offered you the murder contract?

A.    That was -- way after, that was '92.

Q.    Can you tell us when in 1992?

A.    Approximately around -- around April, around April of 1992.

Q.    How was it that the defendant offered you this murder contract?

A.    I went to go see him.  Me and Barkim went to go see him on Rikers Island.

Q.    What did the defendant say to you at that time?

A.    He told me that the individual owed his people a lot of money, and that it was very important that he needed him killed.

Q.    What else did he say to you about the individual that he wanted killed at that time?

A.    He told me that he owned a business in a building where he had family at, and that it would be easy.

Q.    Did he indicate to you what type of business the individual owned?

A.    Yes.

Q.    What did he say?

A.    A laundromat.

Q.    Did he indicate to you at all why it would be easy?

A.    Yes.

Q.    What did he say to you?

A.    He said he had people that lived in the building, and any time that the victim would be there, his people would get in touch with him, so they would always know when he was coming in and coming out.

Q.    When you say that the defendant told you that he had people that lived in the building, which building was the defendant referring to, if you know?

A.    It was a building that the laundromat was located under.

Q.    Did the defendant indicate where this building was, or where the individual's business was, the laundromat?

A.    Yes.

Q.    Where was it?

A.    It was on West Farms.

Q.    Were you familiar with that area at that time?

A.    Yes, I was.

Q.    Mr. Brown, what did you -- withdrawn.

Did you accept the defendant's offer to kill this person?

A.    I was reluctant, but I did accept the offer.

Q.    Was there any mention of whether you would be paid for that?

A.    Yes, it was.

Q.    How much were you initially offered by the defendant?

A.    Fifteen thousand.

Q.    What, if anything, did you do after this murder contract was offered to you, Mr. Brown?

A.    When he offered me the contract, at first I was reluctant because I thought I was being watched by the government. So, I didn't take it, and I left out of town for a couple weeks.

Q.    When you say you thought you were being watched by government, what do you mean?

A.     I thought I was under surveillance from crimes I was involved in, in Manhattan.

Q.     Was that based on your involvement with the Cowboys?

A.     Yes.

Q.     What if anything did you do after you reluctantly accepted that contract?

A.     What I did, a couple of months I did accept the contract, but I didn't do it.  I got someone else to do it.

Q.     You initially told us that you did accept the contract when you met with the defendant?

A.     Yes, I did.  Yes, I did.

Q.     Did you take any actions in furtherance of that contract after you initially accepted it?

A.     Yes, I did.

Q.     What did you do?

A.     I met with Barkim.  And me and Barkim and Negro was talking, and Negro was telling me how easy it would be to get the victim.

Q.     Did Negro say why it would be easy?

A.     Because he had people in the building.

Q.     Did Negro ever say who he knew in the building?

A.     No, he just told me he had people in the building.

Q.     What did you do, if anything, after that?

A.     We drove through the block.

Q.     Who is "we" that drove through the block?

A.     Me and Negro and Barkim.

Q.     Whose vehicle did you go in?

A.     I believe it was Negro's vehicle.

Q.     Do you recall which vehicle it was?

A.     It was a burgundy, I believe Lumina, minivan.

Q.     How many times did you drive through the block with Negro or anyone else?

A.     I drove through the block with different people maybe two or three times.

Q.     What was your purpose in driving through the block, Mr. Brown?

A.     We was -- we was trying to establish a pattern of how it would be easier to kill the dude and get out of the neighborhood.

Q.     Did you ever see the individual that the defendant wanted you to kill?

A.     Yes.

Q.     How did you come to see the individual?

A.     One day we drove through the block, and he was standing outside on one occasion.  And after Negro got a beep, they had -- somebody had told me that the individual was standing outside.  And then, on another occasion, I went through the block and the guy was outside playing dominoes.

Q.     When you say you went on the block, where exactly did you go that you saw this individual?

A.     Through Westchester Avenue -- through West Farms Avenue, pardon me.

Q.     Do you recall exactly where you saw the individual on each occasion?

A.     Yes.

Q.     Where?

A.     Standing right in front of his store.

Q.     Which store is that?

A.     The laundromat.

MR. KAPP:  May I approach the witness, your Honor?

THE COURT:  Yes.

Q.     Mr. Brown, I'm going to ask you to take a look at government Exhibits 96-A and 96-B in evidence.  I would ask you to take a look at the next photograph, 96-B.  Do you recognize what is depicted in those photographs?

A.     Yes.

Q.     What do you recognize that to be?

A.     I recognize the street.

Q.     What street do you recognize that?

A.     I recognize West Farms.

Q.     Do you recognize any other streets?

A.     Freeman.

Q.   Is there any buildings that you recognize in those photographs?

A.   I recognize the corner grocery store, and I recognize the laundromat.

Q.   How is it that you recognize those buildings?

A.   This is the same -- this is the same laundromat and building that we passed through where the victim was.

Q.   Mr. Brown, did you ever have any conversations Ismael Delgado about the intended victim?

A.   Several.

Q.   What was told to you during those conversations?

A.   He told me that the victim looked just like his cousin.

Q.   Whose cousin?

A.   Israel (sic) Delgado's cousin.

Q.   Do you know who his cousin was at that time?

A.   Yes.  It was an individual who would frequently come to his house.

Q.   Did he do anything else aside from telling you that the intended victim looked like his cousin?

A.   Yes, he had a picture of him.

Q.   A picture of whom?

A.   The victim.

Q.   Did he show you that picture?

A.   Yes, did he.

Q. When did he show you that picture?

A. He showed it to me before -- at the time when he wanted me to kill the guy, they were showing me a picture of him.

Q. Did Ismael Delgado tell you where he got that picture?

A. He told me he got it from Negro.

Q. Mr. Brown, you indicated that you were initially offered $15,000 for the contract; is that correct?

A. Yes.

Q. You said that you were reluctant and you didn't carry that out right away; is that correct?

A. That's correct.

Q. What did you do at that time?

A. At that time I went out of town for maybe a month, maybe a -- a few weeks to a month.

Q. Did something happen regarding the offer for the murder contract at any point after you got back?

A. Yes, it did.

Q. What happened?

A. It went up.

Q. What did it go up to?

A. Twenty-five thousand dollars.

Q. How did you find out that the murder contract went up to $25,000?

A.    When I got back to New York, Barkim was beeping me. He kept beeping me. And he told me Chick really wanted me to do it for him, it was very important.

Q.    You indicated that at some point, I believe you said the summer of 1992, you went to visit the individual Kendu?

A.    Yes.

Q.    Kendu is depicted in this exhibit, government Exhibit 62?

A.    Yes.

Q.    Did you have any conversations with Kendu at the time that you went to visit him at -- I believe you said Green Haven?

A.    Green Haven.

Q.    What did Kendu say to you at that time?

A.    When me and Barkim went to see him, I guess he had spoken to Chick, or Barkim had talked to him and he told me to go ahead and step to my business.

Q.    What does that mean?

A.    In essence, he was telling me stop procrastinating about getting that job done for Chick.

Q.    By the "job," what are you referring to?

A.    The murder.

Q.    Mr. Brown, did you do anything after that to assist with the murder contract?

A.      Yes, I did.

Q.      What was it that you did?

A.      What I did was get another friend of mine to do it.

Q.      Who was it that you got?

A.      An individual by the name of Chink.

Q.      Do you know his real name?

A.      Yes.

Q.      What is his real name?

A.      His name is Sean, also.

Q.      Do you know Sean's last name?

A.      No, I don't know it.

Q.      Where did you get this individual, Sean?

A.      I got Sean through a friend of mine that Sean used to work for.

Q.      How did you know Sean?

A.      I know Sean because Sean used to work in a spot across from mine on 113th Street and St. Nicholas Avenue.

Q.      When you say he worked in a spot, what do you mean by that?

A.      He used to work in another drug location across from mine.

Q.      Is the Sean that you spoke to, is that the same individual, Sean Johnson that you referred to earlier?

A.      No, it is not.

Q.   Can you describe the individual Sean that you got to do this contract?

A.   Yes, slim; he was -- at that time he must have been about 21 or 22, black.

MR. KAPP:  May I approach witness, your Honor?

THE COURT:  Yes.

Q.   Mr. Brown, I'm going to show you government Exhibit 31 in evidence.  And I ask you if you recognize that?

A.   Yes, I do.

Q.   Who do you recognize that to be?

A.   That's Chink.

Q.   Is that the individual, Sean, that you got --

A.   Yes.

Q.   -- got to do the contract?

A.   Yes, sir.  Yes.

Q.   Did you have any conversations with Sean about the contract?

A.   Yes.

Q.   What did you say to him?

A.   I was just telling him I had -- actually, I didn't speak to him.  I spoke with him with my friend he used to work for.

Q.   What was that friends?

A.   Spidey.

Q.    Did you speak to the defendant at all during this time period when you were procrastinating about this?

A.    No, I wasn't.  I was kind of avoiding him.

Q.    Were you speaking to Ismael Delgado during that time?

A.    Yes.

Q.    How many times did you speak to Ismael Delgado about the contract during that time period?

A.    A few times, maybe four or five times.

Q.    Did there come a time, Mr. Brown, that you learned that the individual that the defendant wanted to be killed was actually killed?

A.    Yes.

Q.    How did you learn that?

A.    One day I went to go meet Spidey, and Spidey told me Sean --

MS. STEWART:  Objection, Judge.

THE COURT:  Objection overruled.

A.    -- Sean had went to meet Barkim.

Q.    How did you learn that the individual was killed?

A.    When we went over to Hunts Point to find out what was going on, when we got there we found out the guy had already got murdered.

Q.    Did you receive any money from anyone in connection with this murder contract?

A. Yes, I did.

Q. How much money did you receive?

A. I received $7,500.

Q. Did anyone else receive any money?

A. Yes.

Q. Who else?

A. Barkim received $7,500, and Chink received $7,500.

Q. How is it that you were paid, Mr. Brown?

A. Cash.

Q. Who paid you?

A. Barkim.

Q. Did you have any conversations or any dealings with the individual Negro at all after your initial time when Negro drove you around?

A. No.

Q. Did you have any conversations with the defendant after you learned that this individual was killed?

A. No.

Q. Mr. Brown, did you know someone by the name of Dion Scatliff (phonetically), also known as Gus?

A. Not to my knowledge, no.

Q. Are you aware of anyone else who is scheduled to testify at this trial?

A. No.