# **<u>Exhibit B</u>**

Rosario PSR