# **Exhibit C**

Before completing this application, please review Program Statement 5050.50, Compassionate Release/Reduction in Sentence (RIS), available in the law library.

## REDUCTION IN SENTENCE APPLICATION

NAME: DAVID ROSARIO   Unit: L   REG No. 39665-054   Date: 10-17-23

WHO IS YOUR PHYSICIAN (circle):   **Franco**   **Li**   Bonnet-Engebretson   Venuto

### Choose One Criteria: You can only apply under one criteria.

**Extraordinary/Compelling Circumstances:**

N/A ☐ Medical Circumstances:
- ☐ Terminal Medical Condition – Terminal Diagnosis with 18 months or less life expectancy.
- ☐ Debilitated Medical Condition – Illness that has you partially (50%) or completely (100%) disabled.

N/A ☐ Elderly Inmates with a Medical Condition:
- ☐ "New Law" Elderly Inmates – Have to have served 30 years of a sentence.
- ☐ Elderly with Medical Conditions – 65 yrs. old or older, a deteriorating medical condition, served 50% of your sentence.

N/A ☐ Elderly Inmates without a Medical Condition: - 65 yrs. old or older, Served 10 yrs. or 75% of your sentence (which is greater)

N/A ☐ Death or Incapacitation of the Family Member Caregiver of an inmate's dependent child: -provide verifiable documentation the child is "suddenly" without a caretaker, the family member is in an incapacitated state and is unable to care for the child..

N/A ☐ Incapacitation of a Spouse or Registered Partner: -Provide verifiable medical documentation of incapacitated state.

☑ Other:-Extraordinary and Compelling Circumstance

**To be filled out by Inmate:**

Briefly describe your medical condition or extraordinary and compelling circumstance: I'm asking that i be granted Compassionate - Release based off the fact that a "Material" document was withheld at my trial and if this document affidavit of a Government witness was discovered at my trial i would be acquitted and it would shown that verdict form shown that i was acquitted

If you have applied before, has anything changed in your medical condition since your last application? _____

Proposed Release Plan (must have ALL of the following):

Name and contact information of who you will live with: Adrianna Lee Rosario   #347-405-4736

When was the last time you spoke to this person concerning your release plan? last week of the 17th

Is this person willing to care for you? yex

Address of where you will be living: 1031 Bryant Ave Bronx NY, 10459

Where will you receive your medical treatment (if applicable)? N/A

How will you pay for your treatment (if applicable)? N/A

Additional Comments: I have been wrongly convicted for over 30 years!

Rev 4/20

Before completing this application, please review Program Statement 5050.50, Compassionate Release/Reduction in Sentence (RIS), available in the law library.

If the inmate has not provided adequate information and documentation as set forth on this form and in P.S 5050.50, the Warden may deny the inmate's request at the institution level.

## For Staff Use Only:

Before completing this review, please read Program Statement 5050.50, Compassionate Release/Reduction in Sentence (RIS), updated January 17, 2019. Please note that inmates should, under most circumstances, request a RIS is writing before an eligibility review is completed. Inmates may qualify for a RIS under several categories as outlined below:

MEDICAL WITH A TERMINAL DIAGNOSIS (Category: Med Terminal)
1. Does the inmate have a documented medical diagnosis from a physician with a prognosis of life expectancy of 18-months or less?
Yes No
If yes, list the terminal diagnosis. If no, inmate does not qualify under this category.

_N/A_

_____

MEDICAL WITH A NON-TERMINAL DIAGNOSIS (Category: Med Non-Terminal)
1. Does the inmate have a documented medical diagnosis of an incurable, progressive illness or has the inmate suffered a debilitating injury from which he/she will not recover?
Yes No    _N/A_

2. AND, is the inmate completely disabled, unable to perform activities of daily living and totally confined to a bed or chair OR is the inmate only capable of limited self-care and confined to a bed or chair more than 50% of waking hours?
Yes No    _N/A_

If "Yes", list the medical diagnosis. If "No" is checked for either of the above items the inmate does not qualify under this category.

_____

INMATES AGE 65 OR OLDER WITH A MEDICAL CONDITION (Category: Elderly Med Condition/65/50%)
1. Has inmate served at least 50% of their sentence? (If no, inmate does not qualify under this category. If yes, proceed.)
Yes No    _N/A_

2. Does inmate suffer from a documented chronic or serious medical condition?
Yes No    _N/A_

3. Has the inmate experienced a deteriorating mental or physical health condition that substantially diminishes his/her ability to function in a correctional environment?
Yes No    _N/A_

4. Will conventional treatment provide a substantial improvement to the inmate's mental or physical condition? (If yes, inmate does not qualify under this category)
Yes No    _N/A_

If "Yes" on item 2 or 3, list the condition. (Either item 2 or 3 above must be checked "Yes" for inmate to qualify under this category.)

_____

INMATES AGE 65 OR OLDER REGARDLESS OF MEDICAL CONDITION (Category: Elderly Other/65/75%)
1. Has inmate served the greater of 10 years or 75% of their term of imprisonment to which they were sentence? (If no, inmate does not qualify under this category)
Yes No    _N/A_

CAREGIVER (Non-Med Caregiver)
If an inmate is applying for a RIS due to the death or incapacitation of their child's caregiver or the incapacitation of their spouse or registered partner, refer him/her to PS 5050.50 for the required documentation. Staff are not responsible for gathering the inmate's supporting documentation.

_N/A_

Rev 4/20